RECEIVED BY MAIL
JUL 20 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 20 2020
U.S. DISTRICT COURT MPLS

July 14, 2020

Hon. Leo I. Brisbois
U.S. Magistrate Judge
VIA CM/ECF

Re: 0:20-cv-1315
    Letter to Magistrate Judge re Summons

Dear Judge Brisbois:

I am in receipt of the Court's order requiring me to submit a certified trust fund statement in support of my application to proceed without prepayment of the filing fee. I take the Court's point about the certified trust fund, have provided the form to an appropriate official, and will forward it when it has been completed and returned to me. In the meantime, I respectfully request that the Court not block the renewed request for summons I have submitted to the Clerk of Court. I have filed a motion for a preliminary injunction and my ability to have it heard is being impeded by the lack of summons. I understand that I will be responsible for paying the entire filing fee over time and my position is that my interest in accessing the courts for preliminary relief is the dominant interest at this time.

Respectfully submitted,

Paul Hansmeier