

July 14, 2020

Clerk of Court
U.S. District Court
300 S. 4th St.
Minneapolis, MN 55415



      Re:  Request for Issuance of Summons
            0:20-cv-1315 (NEB/LIB)

Dear Clerk of Court:

I am the plaintiff in this matter. I write to request issuance of summons.

                                      Respectfully submitted,

                                      Paul Hansmeier
                                      20953-041 Unit K3
                                      Federal Correctional Institution
                                      P.O. Box 1000
                                      Sandstone, MN 55072